

U.S. Department of Justice

United States Attorney
Eastern District of New York

GMR
F. #2022R00612

271 Cadman Plaza East
Brooklyn, New York 11201

May 11, 2023

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. William Swift
                  Criminal Case No. 22-388 (BMC)

Dear Judge Cogan:

      Pursuant to Section VI of Your Honor's Individual Practices and Rules, the parties write jointly to confirm that the sentencing in this matter should proceed as scheduled on May 17, 2023 at 4:30 p.m.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:  *Gil Rein*
     Gilbert M. Rein
     Assistant U.S. Attorney
     (718) 254-6407

cc:    Jaime Turton, Senior United States Probation Officer (by email)