**DOCKET NUMBER:** <u>22-CR-0388 (DG)</u>

## CRIMINAL CAUSE FOR CONFERENCE/EMERGENCY HEARING

**Date Received by Docket Clerk:** _____     **Docket Clerk Initials:** ___

**BEFORE JUDGE:** Diane Gujarati USDJ  **DATE:** <u>5/25/2023</u>  **TIME IN COURT** ___HRS <u>45</u> MINS

**DEFENDANT'S NAME:** <u>William Swift</u>        **DEFENDANT'S #:** <u>001</u>

■ Present   ❏ Not Present      ❏ Custody   ■ Not in Custody

**DEFENSE COUNSEL:** <u>Amanda Davis</u>

■ Federal Defender   ❏ CJA      ❏ Retained\

**A.U.S.A.:** <u>Gilbert Rein</u>

**CASE MANAGER:** <u>Kelly Almonte</u>

**COURT REPORTER:** <u>Leeann Musolf</u>

❏ Arraignment                          ❏ Revocation of Probation non-contested
❏ Change of Plea Hearing (~*Util-Plea Entered*)   ❏ Revocation of Probation contested
❏ In Chambers Conference               ❏ Sentencing non-evidentiary
❏ Pre-Trial Conference                 ❏ Sentencing Contested
❏ Initial Appearance                   ❏ Revocation of Supervised Release evidentiary
❏ Status Conference                    ❏ Revocation of Supervised Release non-
❏ Video Conference                       evidentiary
■ Other Evidentiary Hearing Contested   **TYPE OF HEARING:** <u>Emergency Hearing</u>

**UTILITIES**

❏ ~Util-Plea Entered        ❏ ~Util-Add terminate Attorneys    ❏ ~Util-Bond Set/Reset
  ~Util-Exparte Matter      ❏ ~Util-Indictment Un Sealed       ❏ ~Util-Information Unsealed
❏ ~Util-Set/Reset Deadlines ❏ ~Util-Set/Reset Deadlines/Hearings
❏ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ❏ ~Util-Terminate Motions
❏ ~Util-Terminate Parties
■ ~Util-Set/Reset Hearings

**Speedy Trial Exclusion Start Date:** _____  **Speedy Trial Stop Date:** ___  **CODE TYPE:** ___

**Do these minutes contain ruling(s) on motion(s)?** ❏ YES   ■ NO

**TEXT:** Conference/Emergency Hearing as to William Swift held on May 25, 2023 before Judge Diane Gujarati. Gilbert Rein appeared on behalf of the Government. U.S. Probation Officers Michael Cronin and Joanmarie Langone present. Amanda Davis of Federal Defenders of New York appeared on behalf of Defendant. Defendant present. Mitigation Specialist Danielle Azzarelli also present. The parties were heard on the Probation Department's request for modification of the conditions of supervised release to include two additional conditions. As set forth on the record, the Court ordered that the conditions of supervised release be modified to include the following two (2) additional special conditions recommended by the Probation Department:

(1)     The defendant shall be monitored by location monitoring for a period of six (6) months, using specific technology to be determined by the U.S. Probation Office. The defendant is restricted to his residence every day from 7pm to 7am or as directed by the supervising officer (curfew). The defendant shall abide by all technology requirements and shall pay all or part of the costs of participation in the location monitoring program, as directed by the Court and supervising officer.

(2)     The defendant shall cooperate with the U.S. Probation Office's Computer and Internet Management/Monitoring ("CIMP") program. Cooperation shall include, but not be limited to, identifying computer systems (as defined in 18 U.S.C. § 1030(e)(1)), Internet-capable devices, and/or any electronic media capable of data storage the defendant has access to, allowing an initial examination of the device(s), and installation of monitoring software/hardware on the device(s), at the defendant's expense. The monitoring software/hardware is authorized to capture and analyze all data processed by and/or contained on the device, including the geolocation of the device. The defendant must provide the Probation Office advance notification of planned use or purchase of any device(s). The defendant shall not use any device(s) without approval until compatibility with current monitoring software/hardware is determined and installation of monitoring software/hardware is completed. The Probation Office may access the device and/or data captured by the monitoring software/hardware at any time with or without suspicion that the defendant has violated the conditions of supervision. The defendant may be limited to possessing only one personal Internet-capable device, to facilitate the Probation Office's ability to effectively manage and monitor the device. The defendant shall also permit seizure and removal of computer systems, Internet-capable devices, and any electronic media capable of data storage for further analysis by law enforcement or the Probation Office based upon reasonable suspicion that a violation of a condition of supervision or unlawful conduct by the defendant has or is about to occur. Failure to comply with the monitoring, seizure and/or search of any computer systems, Internet-capable devices, and any electronic media capable of data storage may result in adverse action such as sanctions and/or revocation. The defendant shall inform all parties that access a monitored device, that the device is subject to search and monitoring.