## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **Taryn A. Merkl**    DATE: **6/1/23**

DOCKET NUMBER: **22CR388(BMC)**    Log #: **2:39 – 2:57**

DEFENDANT'S NAME: **William Swift**
___ Present  ✓ Not Present    ___ Custody  ✓ Bail

DEFENSE COUNSEL: **Nora Hirozawa**
✓ Federal Defender  ___ CJA  ___ Retained

A.U.S.A: **Gilbert Rein**    CLERK: **Felix Chin**

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  ___ Defendant's first appearance.

  ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop _____

___ Rule 5f warnings given to the govt.   ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: **USPOs Michael Cronin & Joanmarie Langone present. Status letter to be filed by 6/9/23.**